# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIANE NEWBERRY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:17-cv-08089-AB-AS <br><br> [Assigned for all purposes to the Hon. Terry J. Hatter, Jr.] <br><br> **ORDER [JS-6]** |

## ORDER

The Stipulation is approved. The entire action, including all claims stated herein against CHIPOTLE MEXICAN GRILL, INC., is hereby dismissed with prejudice.

Dated: MAY 20, 2019

_____
Hon. Terry J. Hatter, Jr
United States District Judge